

Joseph H. Mizrahi – Attorney
300 Cadman Plaza W, 12th Floor
Brooklyn, NY 11201
P: 929-575-4175 | F: 929-575-4195
E: joseph@cml.legal | W: cml.legal

February 25, 2021

**VIA ECF**
Honorable Judge Koeltl
United States District Court
Southern District of New York
40 Centre Street
New York, NY 10007

Re: *Sanchez v. Gibson Brands, Inc.; Case No: 1:20-cv-10448-JGK*

To the Honorable Judge Koeltl,

I represent Plaintiff Christian Sanchez (hereinafter "Plaintiff") in the above-referenced matter.

The initial conference for this matter is set for Friday, February 26, 2019 at 12:30 p.m. However, Plaintiff's Counsel will be observing the Holiday of Purim and our offices will be closed. As a result, Counsel for Plaintiff is requesting on consent, an adjournment of the conference.

Thank you for your time and consideration of the above request.

Respectfully submitted,

*[S] Joseph H. Mizrahi*
Joseph H. Mizrahi, Esq.

---

```
The conference is adjourned to March 12, 2021 at 12:30 p.m.

SO ORDERED.

New York, New York    /s/ John G. Koeltl
February 26, 2021     John G. Koeltl, U.S.D.J.
```