

**mwe.com**

Brian S. Cousin
Attorney at Law
Bcousin@mwe.com
+1 212 547 5420

May 10, 2021

**VIA E-FILING**

Honorable John G. Koeltl, U.S.D.J.
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10004-1312

Re:  *Sanchez, on behalf of himself and all others similarly situated v. Gibson Brands, Inc.*, Case No. 1:20-cv-10448-JGK

Dear Judge Koeltl:

We represent defendant Gibson Brands, Inc. ("Gibson") in the above-referenced action and write jointly on behalf of both Gibson and plaintiff Christian Sanchez ("Plaintiff" and, with Gibson, the "Parties"). The Parties are pleased to inform the Court that they have reached a settlement-in-principle resolving the above-referenced action. The Parties' settlement-in-principle is subject to the Parties reaching a definitive, written settlement agreement. In light of the Parties' settlement-in-principle, we respectfully request that all deadlines in the matter be suspended while the Parties commit their settlement agreement to writing.

We thank the Court for its consideration of this request.

Respectfully submitted,


s/ Brian S. Cousin

cc:    Joseph H. Mizrahi, Counsel for Plaintiff (via ECF)
       Lindsay Ditlow, Counsel for Defendant (via ECF)
       Jeremy White, Counsel for Defendant (via ECF)

